UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00103 |
| | ) | JUDGE CAMPBELL |
| JOSHUA BASTOKY | ) | |

<u>ORDER</u>

Pending before the Court is the United States' Motion to Dismiss the Indictment (Docket No. 25). Counsel for Defendant has filed a Notice (Docket No. 25).

The Motion (Docket No. 25) is GRANTED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE